[No. 18297-8-I.  Division One.  July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EARL PITCHFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-02401-8, John W. Riley, J., entered April 8, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18389-3-I.  Division One.  July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MYRON GEORGE MAUDLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01112-7, Sharon S. Armstrong, J., entered October 31, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18642-6-I.  Division One.  July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. RANSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-01160-5, Gerald L. Knight, J., entered June 2, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 7386-6-III.  Division Three.  July 14, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CONTRERAS ARAIZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 85-1-00498-7, F. James Gavin, J., entered October 4, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.